UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1939

DANE C. JORGENSEN,

Plaintiff - Appellant,

versus

PUTT PUTT GOLF COURSES OF RICHMOND, INCOR-
PORATED, d/b/a Putt Putt Golf and Games,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior
District Judge.  (CA-95-1027-3)

Submitted:  December 19, 1996        Decided:  December 30, 1996

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Dane C. Jorgensen, Appellant Pro Se.  Daryl Eugene Webb, Jr., MAYS
& VALENTINE, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the employer's Fed. R. Civ. P. 12(b)(1) motion to dismiss Appellant's claim filed pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12117 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jorgensen v. Putt Putt Golf Courses of Richmond, Inc.</u>, No. CA-95-1027-3 (E.D. Va. May 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2